UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| ALLISON NOEL BOWEN, § | |
| Petitioner, § | |
| § | CIVIL ACTION NO. B-04-025 |
| v. § | (CRIMINAL NO. B-01-488) |
| § | |
| UNITED STATES OF AMERICA, § | |
| Respondent. § | |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is therefore ORDERED, ADJUDGED, and DECREED that the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence (Docket No. 1) and his Application for Waiver of Deportation Under §212(c) (Docket No. 2) were RENDERED MOOT by the decision issued in B-03-032. Accordingly, Bowen's motions are hereby DISMISSED and the district clerk's office is hereby ORDERED to close this case.

DONE at Brownsville, Texas this 19 day of July, 2004.

Hilda Tagle
United States District Judge

7