**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF United States of America and Linda Briones, Revenue Officer of the Internal Revenue Service | COURT CASE NUMBER B-04-25 |
| DEFENDANT John Michael Eckert | TYPE OF PROCESS Petition to Enforce Summons; Order to Show Cause |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John Michael Eckert

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
395 Calle Jacaranda, Brownsville, Texas 78520

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Steven Schammel
Assistant U. S. Attorney
U. S. Attorney's Office
1701 W. Bus. 83, Suite 600
McAllen, Texas 78501    (956) 618-8010

United States District Court
Southern District of Texas
FILED
SEP 23 2004
Michael N. Milby
Clerk of Court

Number of process to be served: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please hand deliver via personal service upon Defendant and/or any other qualified member of household a copy of the Petition to Enforce Internal Revenue Service Summons and the Order to Show Cause

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Steven Schammel, AUSA
TELEPHONE NUMBER: 956-618-8010
DATE: 9-10-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. ___
District to Serve No. ___
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 9/22/04

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Rita Eckert (wife)

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 9/22/04    Time: 3:25 pm

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45 | 1.50 | | 46.50 | | | |

REMARKS: Served at residence to Rita Eckert (wife) at 1525hrs on 9/22/04.